| | |
|---|---|
| **REQUESTED BY:**<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., Ste. 1980<br>Los Angeles, CA 90010<br><br>**WHEN RECORDED SENT TO:**<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., Ste. 1980<br>Los Angeles, CA 90010 |  |

COPY

04/12/2011

*20110530631*

Has not b...
Original wi... ........ed when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

1  Giovanni Orantes (SBN 190060)
2  ORANTES LAW FIRM, P.C.
   3435 Wilshire Blvd., Suite 1980
3  Los Angeles, California 90010
4  Telephone:(213) 389-4362
   Facsimile: (877) 789-5776
5
6  Attorney for Plaintiff
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                   LOS ANGELES DIVISION
11
12 Cosme Rafael Sibrian,            )  Case No.: 2:11-cv-02903-MRP(SSx)
13                                  )
14              Plaintiff,          )
                                    )
15 vs.                             )  **NOTICE OF PENDENCY OF**
16                                  )  **ACTION (*LIS PENDENS*)**
   JPMorgan Chase Bank, N.A., a New )
17 York corporation; Quality Loan   )  **[28 U.S.C. §1964]**
   Services, a California corporation; and )
18 Does 1-10                        )
                                    )
19                                  )
              Defendants.          )
20                                  )
                                    )
21                                  )
                                    )
22
23        NOTICE IS HEREBY GIVEN that the above-captioned action was
24 commenced on April 6, 2011, in the above-captioned Court by Cosme Rafael
25 Sibrian, Plaintiff, against JPMorgan Chase Bank, N.A., a New York corporation,
26 and Quality Loan Services, a California corporation, and DOES 1-10, Defendants;
27 and this action is now pending in the above Court.
28

                                   1

1      The above-captioned action alleges a real property claim affecting certain

2  real property that is situated in Los Angeles County, California, and that is

3  described as follows:  that address commonly known as 3715 E. 52nd Street,

4  Maywood, California 90270, Assessor's Parcel Number: 6311-001-017, with a

5  full legal description as follows:  The West 67 Feet of Lot 1632 of Tract No. 2829,

6  in the City of Maywood, County of Los Angeles, State of California, as Per Map

7  Recorded in Book 42 Page(s) 30 of Maps, in the Office of the County Recorder of

8  Said County.

9

10  DATED:  April 12, 2011          By:  _____

11                          Giovanni Orantes

12                          Attorney for Plaintiff Cosme Rafael Sibrian

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PENDENCY OF ACTION *(LIS PENDENS)*

# ACKNOWLEDGEMENT

State of California }

                    ss.

County of Los Angeles }

    On _April 12,_ 2011, before me, _Judy A. LAyLAnd notary publie_, personally appeared Giovanni Orantes, Esq., who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

    I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    WITNESS my hand and official seal.

Signature: _Judy A. Lay_

Name of Notary Public: _Judy A. LAyLAnd_

JUDY A. LAYLAND
COMM. # 1875230
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 26, 2014

NOTICE OF PENDENCY OF ACTION *(LIS PENDENS)*

# PROOF OF SERVICE

I, Andrea M. Castro, declare as follows:

I am over the age of eighteen years and am not a party to this action; my business address is 3435 Wilshire Blvd., Suite 1980, in Los Angeles County, California.

On **April 12, 2011**, I served the following document(s):

**NOTICE OF PENDENCY OF ACTION** *(LIS PENDENS)* **[28 U.S.C. §1964]** on each of the interested parties on the

parties listed below:

| **CERTIFIED MAIL** | **CERTIFIED MAIL** |
|---|---|
| *JP Morgan Chase, N.A.* | *Quality Loan Services, a California* |
| *Attention: President or Corporate Officer* | *Corporation* |
| 1111 Polaris Parkway | *Attention: President or Corporate Officer* |
| Columbus, Ohio 43240 | 2141 Fifth Ave, |
| County of Delaware | San Diego, CA 92101 |

by the following means of service:

☒   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:

On April 11, 2011, from Los Angeles, California, Pursuant to Code of Civil Procedure §405.22, I caused such documents to be mailed by certified mail, return receipt requested, to all known addresses of the parties to whom the real property claim is adverse and to all owners of record of the real property affected by the real property claim as shown by the latest county assessment roll.

Executed on April 12, 2011

Andrea M. Castro, Declarant

4

NOTICE OF PENDENCY OF ACTION *(LIS PENDENS)*