UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-02903-RGK (SSx) | Date | October 25, 2011 |
|---|---|---|---|
| Title | Cosme Rafael Sibrian v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**     **(IN CHAMBERS)** Defendant JP Morgan Chase Bank's Motion to Dismiss Complaint for Failure to State a Claim (DE 18)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on October 31, 2011, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |