JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-02903-RGK (SSx) | Date | November 8, 2011 |
|---|---|---|---|
| Title | SIBRIAN v. JPMORGAN CHASE BANK, N.A. et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     **(IN CHAMBERS) Order Transferring Case to Bankruptcy Court**

   Upon further review of the case, the Court finds that jurisdiction in this Court is premised on 28 U.S.C. § 1334. The docket entry listing jurisdiction as based on 28 U.S.C. § 1331 is incorrect.

   Therefore, pursuant to General Order No. 266 for the Central District of California, this case is hereby ordered transferred to the United States Bankruptcy Court.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |